UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

NOV 04 2019

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

SANDRA B. WILLIAMS )
)
PLAINTIFF, )
)
v. ) CIVIL ACTION
) 1:19-CV-4575
ENCORE CREDIT CORPORATION C/O ) TCB
SELECT PORTFOLIO SERVICING & )
U.S. BANK NATIONAL ASSOCIATION, AS )
TRUSTEE, ON BEHALF THE HOLDERS OF )
THE HOME EQUITY ASSET TRUST 2006-5 )
HOME EQUITY PASS THROUGH )
CERTIFICATES, SERIES 2006-5 )
)
DEFENDANTS )

## PLAINTIFF'S OBJECTIONS TO MAGISTRATE JUDGE'S FINAL REPORT RECOMMENDATION AND ORDER, AMENDED VERIFIED EMERGENCY MOTION TO SET ASIDE/VACATE AUGUST 6, 2019 FORECLOSURE SALE, RESTORE TITLE, INJUNCTION, WRONGFUL FORECLOSURE, PROMISSORY ESTOPPEL, SANCTIONS AND DAMAGES

**COMES NOW** Movant, Sandra B. Williams, Plaintiff in the above captioned action, appearing Pro Se, and files this OBJECTION TO MAGISTRATE JUDGE'S FINAL REPORT, RECOMMENDATION AND ORDER, Amended Emergency Motion to Vacate, Set Aside and Rescind the Foreclosure sale that took place on August 6, 2019 despite their admitted promise not to do so (Exhibit A) and Injunction. Plaintiff moves pursuant to Uniform Superior Court Rules 6.7[1] and OCGA § 9-11-65 (b) against the Defendants U.S.

---

[1] Rule 6.7 Motions in Emergencies

1